**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1995**

PETER G. BROOKS,

                Plaintiff - Appellant,

     v.

AGUSTIN TEODORO TRIGUERO, d/b/a Argentimports, trading as
Taft Auto Service,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:08-cv-03153-DKC)

Submitted: May 20, 2010          Decided: May 24, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Stephen Rothman, Rockville, Maryland, for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter G. Brooks appeals the district court's order dismissing his civil action based on res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brooks v. Triguero, No. 8:08-cv-03153-DKC (D. Md. July 10 & 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED